# United States Court of Appeals
## For the First Circuit

No. 21-1609

THOMAS DUSEL,

Plaintiff, Appellant,

v.

FACTORY MUTUAL INSURANCE COMPANY, d/b/a FM GLOBAL,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on November 1, 2022, is amended as follows:

At page 16, line 8 replace "Facility" with "facility"

At page 19, line 3 replace "Facility" with "facility"